UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARK JOSEPH BENEDICT,

    Plaintiff,

vs.

MICHIGAN SPRING & STAMPING, LLC,

    Defendant,

CASE NO. 1:19-cv-00069

HONORABLE ROBERT J. JONKER

_____/

| Kevin B. Even (P38599) | Carolyn M. Jereck (P41748) |
|---|---|
| SMITH HAUGHEY RICE & ROEGGE | PLUNKETT COONEY |
| Attorneys for Plaintiff | Attorneys for Defendant |
| 900 Third St., Ste 204 | 333 Bridge Street NW, Suite 530 |
| Muskegon, MI 49440 | Grand Rapids, MI 49504 |
| 231-724-4320 | Telephone: (248) 594-6363 |
| kevin@shrr.com; cberry@shrr.com | cjereck@plunkettcooney.com |

_____/

**STIPULATED ORDER OF DISMISSAL WITH PREJUDICE**

This matter having come before the Court upon the stipulation of the parties, through counsel, and the Court being otherwise further advised in the premises;

IT IS HEREBY ORDERED that all claims in the above-captioned matter are hereby dismissed with prejudice and without costs, interest and/or attorney fees to any party;

IT IS FURTHER ORDERED that entry of this Order resolves the last pending case and closes the case in its entirety;

IT IS SO ORDERED.

Dated: December 4, 2019

/s/ Robert J. Jonker
US DISTRICT COURT JUDGE

We hereby stipulate to entry of the above Order:

*/s/ Kevin B. Even*

Kevin B. Even (P38599)

*/s/ Carolyn M. Jereck*

Carolyn M. Jereck (P41748)

Open.11877.91457.23097396-1